Official Form 417A (12/18)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Otis Davis

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☒ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order Confirming the Joint Gl

2. State the date on which the judgment, order, or decree was entered: November 9, 2023

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Debtors    Attorney: Kirkland Ellis LLP 2124464800
                              601 Lexington Avenue
                              New York, New York 10022
                              T.J. McCARRACK, KRIS KOEN

2. Party: UCC    Attorney: White & Case LLP 2128198200
                           1221 Avenue of the Americas
                           New York, New York 10020
                           BY: AARON COLODNY, GREG

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

■ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/Otis Davis  *Otis Davis*
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: November 24, 2023

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Otis Davis (917) 863-0101
320 West 38th Street, Apt 1606
New York, NY 10018

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

APPEARANCES:

KIRKLAND & ELLIS LLP

*Attorneys for the Debtors and Debtors in Possession*

601 Lexington Avenue
New York, New York 10022

By: Joshua A. Sussberg, Esq.

    -and-

300 North LaSalle Street

Chicago, Illinois, 60654
By: Patrick J. Nash Jr., Esq.

Ross M. Kwasteniet, Esq. Christopher S. Koenig, Esq. Dan Latona, Esq.

patrick.nash@kirkland.com (312) 862-2290

ross.kwasteniet@kirkland.com (312(862-2069

chris.koenig@kirkland.com (312) 862-2372

dan.latona@kirkland.com (312) 862-3445

tj.mccarrick@kirkland.com (202) 389-3136

WHITE & CASE LLP

*Attorneys for the Official Committee of Unsecured Creditors*

1221 Avenue of the Americas New York, NY 10020
By: David M. Turetsky, Esq.

Samuel P. Hersey, Esq. Joshua D. Weedman, Esq.

111 South Wacker Drive
Suite 5100
Chicago, Illinois 60606
By: Michael C. Andolina, Esq.

Gregory F. Pesce, Esq. Gabriela Z. Hensley, Esq.

555 South Flower Street Suite 2700
Los Angeles, CA 90071
By: Aaron Colodny, Esq.

david-turetsky@whitecase.com (212) 819-8904

sam.hershey@whitecase.com (212) 819-2699

jweedman@whitecase.com (212) 819-8963

mandolina@whitecase.com (312) 881-5388

gpesce@whitecase.com (312) 881-5360

acolodny@whitecase.com (213) 620-7706


OFFICE OF THE UNITED STATES TRUSTEE 1 Bowling Green, Room 534
New York, NY 10004-
By: Shara Cornell, Esq.

Mark Bruh, Esq.

shara.cornell@usdoj.gov (212) 510-0500